IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| TERRY LONG, | ) | CV 11-83-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DENVER MATTRESS CO., LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties filed a stipulation of dismissal on June 5, 2012.

Accordingly, IT IS ORDERED that this case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a). Each party shall bear its own costs and attorney's fees.

Dated this 6th day of June 2012.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

1